1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THOMAS T. ALFORD,

11          Plaintiff,                    No. 2:12-cv-1470 CKD P

12   vs.

13   GERALD C. BENITO,

14          Defendant.              <u>ORDER</u>

15   _____/

16          On October 29, 2012, plaintiff filed a motion to amend the complaint.  (Dkt. No.

17   15.)  Earlier, the court determined that service was appropriate for Shasta County District

18   Attorney Gerald C. Benito, not because of any alleged actions by Benito personally, but because

19   this defendant would have custody of relevant DNA evidence.  (Dkt. No. 4 at 5.)  On October 2,

20   2012, the summons for defendant Benito was returned unexecuted, noting that Benito was no

21   longer the District Attorney of Shasta County.  (Dkt. No. 13.)

22          From plaintiff's motion to amend and accompanying letter (Dkt. No. 16), it does

23   not appear that plaintiff seeks to amend the substance of the complaint.  Rather, he seeks to

24   substitute as defendant the current District Attorney of Shasta County, whom he identifies as

25   Stephen S. Carlton.  As this substitution is appropriate given the nature of plaintiff's complaint,

26   the court will order this substitution.  Plaintiff may submit service documents as to this new

1

1  defendant on the forms provided to him by the Clerk of Court.  (See Dkt. No. 14.)

2              Accordingly, IT IS HEREBY ORDERED THAT:

3              1. Plaintiff's October 29, 2012 motion to amend the complaint (Dkt. No. 15) is

4  granted to the following extent: The Clerk of Court shall substitute Stephen S. Carlton, District

5  Attorney of Shasta County, as the defendant in the docket of this action.

6   Dated: November 6, 2012

7

8                                                      CAROLYN K. DELANEY
                                                       UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13  2
     alfo1470.ord

14

15

16

17

18

19

20

21

22

23

24

25

26