IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS T. ALFORD,

    Plaintiff,                    No. 2:12-cv-1470 CKD P

    vs.

STEPHEN S. CARLTON,

    Defendant.                  ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed a motion to compel discovery in this action brought pursuant to 42 U.S.C. § 1983. (Dkt. No. 25.) As a discovery and scheduling order has not issued and the discovery period has not begun, plaintiff's motion is premature and will be denied. Plaintiff is not precluded from filing another motion to compel at the appropriate time.

        Accordingly, IT IS HEREBY ORDERED THAT plaintiff's February 27, 2013 motion to compel discovery (Dkt. No. 25) is denied as premature.

Dated: March 5, 2013

                                    _____
                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE

2
alfo1470.ord2