IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS T. ALFORD,

    Plaintiff,                     No. 2:12-cv-1470 CKD P

    vs.

STEPHEN S. CARLTON,                  ORDER

    Defendants.

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action pursuant to 42 U.S.C. § 1983. Defendant's March 7, 2013 motion to dismiss the complaint is in the process of being briefed. (Dkt. No. 27.) On March 27, 2013, plaintiff filed three motions: a motion to be present at all judicial proceedings in this action (Dkt. No. 32); a motion requesting that certain evidence be released for DNA testing (Dkt. No. 33); and a motion for judgment on the pleadings (Dkt. No. 34). All three motions are improper at this point in the proceedings and will be denied as frivolous.[1]

        Plaintiff's filing of frivolous motions and "requests" is a burden on this court and impedes the proper prosecution of this action. Plaintiff's future filings shall therefore be limited

---

[1] Plaintiff is advised that if a hearing or trial is set for this matter, a writ will issue for him to attend either telephonically, by videoconference, or in person.

1

as set forth below.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's motion to be present (Dkt. No. 32) is denied;

2. Plaintiff's motion to release evidence (Dkt. No. 33) is denied;

3. Plaintiff's motion for judgment on the pleadings (Dkt. No. 34) is denied;

4. Plaintiff may only file the following documents:

a. One opposition to any motion filed by defendant (and clearly titled as such);

b. Only one motion pending at any time.  Plaintiff is limited to one memorandum of points and authorities in support of the motion and one reply to any opposition; and

c. One set of objections to any future findings and recommendations.

Failure to comply with this order shall result in improperly filed documents being stricken from the record and may result in a recommendation that this action be dismissed.

Dated: April 3, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

alfo1470.limit